**Fill in this information to identify the case:**

Debtor 1: James Andrew Klawuhn

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of PA (State)

Case number: 22-10309-JCM

# Form 4100R
## Response to Notice of Final Cure Payment                         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: ******1430

**Property address:** 20 Atlantic St
Number    Street

Union City        PA        16438
City              State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2025
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:         + (b) $ _____

c. **Total**. Add lines a and b.                                           (c) $      0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                                                                ___/___/___
                                                                          MM / DD / YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                    page 1

Debtor 1  **James Andrew Klawuhn**
  First Name   Middle Name   Last Name

Case number *(if known)* 22-10309-JCM

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Shawn Miller**
Signature

Date 08/13/2025

Print **Shawn Miller**
  First Name   Middle Name   Last Name

Title  Agent for Creditor

Company  Aldridge Pite, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  3333 Camino del Rio South, Suite 225
  Number   Street

San Diego   CA   92108
City   State   ZIP Code

Contact phone (858) 750 – 7600

Email shawnmiller@aldridgepite.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>August 13, 2025</u>

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| Debtor's Counsel Name: | Daniel P. Foster |
| Debtor's Counsel Address: | Foster Law Offices |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| Debtor's Counsel Email: | dan@mrdebtbuster.com |
| Debtor 1 Name: | James Andrew Klawuhn |
| Debtor's Mailing Address: | 20 Atlantic Street |
| | Union City, PA 16438 |

　/s/ Ciara M. Pumicpic