Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **James Andrew Klawuhn**<br>*Debtor(s)* | : | Case No. 22−10309−JCM<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | : | |
| v.<br>**No Respondents**<br>*Respondent(s).* | : | Related to Document No. 54<br>Hearing Date: 10/30/25 at 09:30 AM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this ***The 26th of August, 2025***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 54 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before October 10, 2025**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **October 30, 2025 at 09:30 AM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James Andrew Klawuhn  
    Debtor

Case No. 22-10309-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Aug 26, 2025     Form ID: 300b     Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | James Andrew Klawuhn, 20 Atlantic Street, Union City, PA 16438-1401 |
| cr | + | Tendto Credit Union, f/k/a Erie Community Credit U, 1915 East 36th Street, Erie, PA 16510-2663 |
| 15499452 | + | Petal Card/Webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 15499456 | + | Tendto Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15507923 | + | Tendto Credit Union, Carol F. Layton, Payment Solutions Manager, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Aug 27 2025 03:44:00 | Nationstar Mortgage LLC, Aldridge Pite, LLP, c/o Eric Smith, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 03:44:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 02:04:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499435 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 27 2025 03:44:00 | Barclays Bank/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15499440 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2025 02:07:02 | CWS/CW Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15499436 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2025 02:06:27 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15509380 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2025 02:46:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15499437 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2025 03:44:00 | Comenity Capital/Goodsa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15499438 | + | Email/Text: sheiser@corryfcu.org | Aug 27 2025 03:44:00 | Corry Federal Credit U, 728 Worth St, Corry, PA 16407-8517 |
| 15499439 | + | Email/Text: sheiser@corryfcu.org | Aug 27 2025 03:44:00 | Corry Federal Credit Union, 728 Worth St, Corry, PA 16407-8517 |
| 15499441 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 27 2025 03:45:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15499442 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2025 03:44:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15499444 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 27 2025 03:44:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |

Case 22-10309-JCM  Doc 56  Filed 08/28/25  Entered 08/29/25 00:32:48  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 300b | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 15499443 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 27 2025 03:44:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15499445 | + | Email/PDF: cbp@omf.com | Aug 27 2025 02:43:34 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15512630 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 02:06:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15499446 | | Email/Text: camanagement@mtb.com | Aug 27 2025 03:44:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15513434 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2025 02:07:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15499450 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 03:44:00 | MRC/United Wholesale, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15499447 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 27 2025 03:44:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15518944 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 27 2025 03:44:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15499448 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 27 2025 03:44:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15502466 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2025 03:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15499449 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 03:44:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15518347 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 03:44:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15499451 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 27 2025 03:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15500981 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 27 2025 03:45:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15505118 | + | Email/PDF: cbp@omf.com | Aug 27 2025 02:05:26 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15500021 | ^ | MEBN | Aug 27 2025 01:17:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499453 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 02:08:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499454 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 02:43:44 | Synchrony Bank/Sams Club, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499455 | + | Email/Text: bncmail@w-legal.com | Aug 27 2025 03:44:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15499457 | | Email/Text: bknotice@upgrade.com | Aug 27 2025 03:44:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15499458 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 27 2025 02:05:06 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15513229 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 27 2025 02:08:03 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15499459 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 27 2025 02:04:59 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15499460 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |

Case 22-10309-JCM    Doc 56    Filed 08/28/25    Entered 08/29/25 00:32:48    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 300b | Total Noticed: 42 |

| | | | Aug 27 2025 02:06:35 | Wells Fargo Home Mortgage, Attn: Written Correspondence, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Corry Federal Credit Union |
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 752619741 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Daniel P. Foster | on behalf of Debtor James Andrew Klawuhn dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael S. Jan Janin | on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Nicholas R. Pagliari | on behalf of Creditor Tendto Credit Union f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8