**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JAMES ANDREW KLAWUHN

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
     vs.
No Respondents.

Case No.:22-10309

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee′s office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account** (the ″Final Report″).  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee′s Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2025

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/20/2022  and confirmed on 9/28/22 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 79,457.00 |
| Less Refunds to Debtor | 19.74 | |
| TOTAL AMOUNT OF PLAN FUND | | 79,437.26 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,100.00 | |
|   Trustee Fee | 4,473.28 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,573.28 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 21,738.94 | 0.00 | 21,738.94 |
|   Acct: 1430 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 58.81 | 58.81 | 0.00 | 58.81 |
|   Acct: 1430 | | | | |
| TENDTO CREDIT UNION | 0.00 | 29,473.18 | 0.00 | 29,473.18 |
|   Acct: 2014 | | | | |
| TENDTO CREDIT UNION | 11,093.27 | 11,093.27 | 0.00 | 11,093.27 |
|   Acct: 2011 | | | | |
| TENDTO CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2011 | | | | |
| | | | | 62,364.20 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JAMES ANDREW KLAWUHN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JAMES ANDREW KLAWUHN | 19.74 | 19.74 | 0.00 | 0.00 |
|   Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANIEL P FOSTER ESQ** | 4,100.00 | 4,100.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 4,057.81 | 774.83 | 0.00 | 774.83 |
|   Acct: 7209 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 4,486.61 | 856.71 | 0.00 | 856.71 |
|   Acct: 4052 | | | | |
| CORRY FCU | 4,392.50 | 838.74 | 0.00 | 838.74 |
|   Acct: 4537 | | | | |
| MERRICK BANK | 1,964.30 | 375.08 | 0.00 | 375.08 |
|   Acct: 3431 | | | | |
| GOLDMAN SACHS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |

22-10309

Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5465 | | | | |
| GOLDMAN SACHS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0161 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 10,643.42 | 2,032.34 | 0.00 | 2,032.34 |
| Acct: 4481 | | | | |
| MARINER FINANCE LLC | 4,726.18 | 902.45 | 0.00 | 902.45 |
| Acct: 3957 | | | | |
| MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7993 | | | | |
| NAVY FEDERAL CREDIT UNION* | 1,430.09 | 273.08 | 0.00 | 273.08 |
| Acct: 8833 | | | | |
| PETAL CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4675 | | | | |
| LVNV FUNDING LLC | 980.07 | 187.14 | 0.00 | 187.14 |
| Acct: 9418 | | | | |
| TENDTO CREDIT UNION | 6,536.23 | 1,248.08 | 0.00 | 1,248.08 |
| Acct: 2013 | | | | |
| TENDTO CREDIT UNION | 2,448.36 | 467.51 | 0.00 | 467.51 |
| Acct: 7201 | | | | |
| UPGRADE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2782 | | | | |
| WELLS FARGO BANK NA | 2,800.63 | 534.78 | 0.00 | 534.78 |
| Acct: 9966 | | | | |
| TENDTO CREDIT UNION | 47.35 | 9.04 | 0.00 | 9.04 |
| Acct: 2011 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9418 | | | | |
| QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICHOLAS R PAGLIARI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,499.78 |

TOTAL PAID TO CREDITORS                                                    70,863.98

TOTAL CLAIMED
PRIORITY             0.00
SECURED         11,152.08
UNSECURED      44,513.55

Date: 08/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JAMES ANDREW KLAWUHN

           Debtor(s)

    Ronda J. Winnecour
           Movant
         vs.
    No Repondents.

Case No.:22-10309

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10309-JCM |
| James Andrew Klawuhn | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Andrew Klawuhn, 20 Atlantic Street, Union City, PA 16438-1401 |
| cr | + | Tendto Credit Union, f/k/a Erie Community Credit U, 1915 East 36th Street, Erie, PA 16510-2663 |
| 15499452 | + | Petal Card/Webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 15499456 | + | Tendto Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15507923 | + | Tendto Credit Union, Carol F. Layton, Payment Solutions Manager, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Aug 27 2025 03:44:00 | Nationstar Mortgage LLC, Aldridge Pite, LLP, c/o Eric Smith, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 03:44:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 02:44:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499435 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 27 2025 03:44:00 | Barclays Bank/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15499440 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2025 02:05:42 | CWS/CW Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15499436 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2025 02:04:50 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15509380 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2025 02:04:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15499437 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2025 03:44:00 | Comenity Capital/Goodsa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15499438 | + | Email/Text: sheiser@corryfcu.org | Aug 27 2025 03:44:00 | Corry Federal Credit U, 728 Worth St, Corry, PA 16407-8517 |
| 15499439 | + | Email/Text: sheiser@corryfcu.org | Aug 27 2025 03:44:00 | Corry Federal Credit Union, 728 Worth St, Corry, PA 16407-8517 |
| 15499441 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 27 2025 03:45:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15499442 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 27 2025 03:44:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15499444 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 27 2025 03:44:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |

District/off: 0315-1                                    User: auto                                    Page 2 of 3

Date Rcvd: Aug 26, 2025                                Form ID: pdf900                               Total Noticed: 42

| | | | |
|---|---|---|---|
| 15499443 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 27 2025 03:44:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15499445 | + Email/PDF: cbp@omf.com | Aug 27 2025 02:06:25 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15512630 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 02:07:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15499446 | Email/Text: camanagement@mtb.com | Aug 27 2025 03:44:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15513434 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2025 02:04:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15499450 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 03:44:00 | MRC/United Wholesale, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15499447 | + Email/Text: bankruptcy@marinerfinance.com | Aug 27 2025 03:44:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15518944 | + Email/Text: bankruptcy@marinerfinance.com | Aug 27 2025 03:44:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15499448 | + Email/Text: Mercury@ebn.phinsolutions.com | Aug 27 2025 03:44:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15502466 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2025 03:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15499449 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 03:44:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15518347 | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2025 03:44:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15499451 | + Email/Text: ext_ebn_inbox@navyfederal.org | Aug 27 2025 03:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15500981 | + Email/Text: ext_ebn_inbox@navyfederal.org | Aug 27 2025 03:45:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15505118 | + Email/PDF: cbp@omf.com | Aug 27 2025 02:46:22 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15500021 | ^ MEBN | Aug 27 2025 01:17:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499453 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 02:06:30 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499454 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 02:07:06 | Synchrony Bank/Sams Club, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499455 | + Email/Text: bncmail@w-legal.com | Aug 27 2025 03:44:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15499457 | Email/Text: bknotice@upgrade.com | Aug 27 2025 03:44:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15499458 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 27 2025 02:06:35 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15513229 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 27 2025 02:08:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15499459 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 27 2025 02:05:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15499460 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |

District/off: 0315-1                               User: auto                                  Page 3 of 3
Date Rcvd: Aug 26, 2025                        Form ID: pdf900                            Total Noticed: 42

Aug 27 2025 02:06:50    Wells Fargo Home Mortgage, Attn: Written
Correspondence, Po Box 10335, Des Moines, IA
50306-0335

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Corry Federal Credit Union |
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 752619741 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Daniel P. Foster | on behalf of Debtor James Andrew Klawuhn dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Michael S. Jan Janin | on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Nicholas R. Pagliari | on behalf of Creditor Tendto Credit Union  f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8