UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10309(JCM) |
| | : | |
| JAMES ANDREW KLAWUHN, | : | |
|    Debtor. | : | |
| _____ | : | CHAPTER 13 |
| | : | |
| TENDTO CREDIT UNION, | : | |
|  f/k/a ERIE COMMUNITY CREDIT UNION, | : | |
|    Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | JUDGE MELARAGNO |
| _____ | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  Tendto Credit Union, f/k/a Erie Community Credit Union
    Incorrect Address:  1915 East 36th Street, Erie, PA  16510

Corrected Address:

    Creditor Name:  Tendto Credit Union, f/k/a Erie Community Credit Union
    Correct Address:  1129 State Street, Erie, PA 16501

                                    Respectfully submitted,

EXECUTED ON: October 10, 2025

                                    */s/ Nicholas R. Pagliari*
                                    Nicholas R. Pagliari
                                    PA Supreme Court ID No. 87877
                                    MacDONALD, ILLIG, JONES & BRITTON LLP
                                    100 State Street, Suite 700
                                    Erie, Pennsylvania 16507-1459
                                    Tel: (814) 870-7754
                                    Fax: (814) 454-4647
                                    Email: npagliari@mijb.com

                                    Attorneys for Tendto Credit Union

#4928-2704-2929