| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James Andrew Klawuhn<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4537<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–10309–JCM | |

## Order of Discharge                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Andrew Klawuhn

10/15/25                                            **By the court:** John C Melaragno
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-10309-JCM
James Andrew Klawuhn | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4
Date Rcvd: Oct 15, 2025      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | James Andrew Klawuhn, 20 Atlantic Street, Union City, PA 16438-1401 |
| cr | + | Tendto Credit Union, f/k/a Erie Community Credit U, 1915 East 36th Street, Erie, PA 16510-2663 |
| 15499452 | + | Petal Card/Webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 15499456 | + | Tendto Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15507923 | + | Tendto Credit Union, Carol F. Layton, Payment Solutions Manager, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: PENNDEPTREV | Oct 16 2025 04:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 16 2025 04:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 16 2025 01:11:00 | Nationstar Mortgage LLC, Aldridge Pite, LLP, c/o Eric Smith, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 16 2025 01:11:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | EDI: PRA.COM | Oct 16 2025 04:56:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499435 | + | EDI: TSYS2 | Oct 16 2025 04:56:00 | Barclays Bank/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15499440 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 16 2025 01:24:49 | CWS/CW Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15499436 | + | EDI: CAPITALONE.COM | Oct 16 2025 04:56:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15509380 | | EDI: CAPITALONE.COM | Oct 16 2025 04:56:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15499437 | + | EDI: WFNNB.COM | Oct 16 2025 04:56:00 | Comenity Capital/Goodsa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15499438 | + | Email/Text: sheiser@corryfcu.org | Oct 16 2025 01:12:00 | Corry Federal Credit U, 728 Worth St, Corry, PA 16407-8517 |
| 15499439 | + | Email/Text: sheiser@corryfcu.org | Oct 16 2025 01:12:00 | Corry Federal Credit Union, 728 Worth St, Corry, PA 16407-8517 |
| 15499441 | + | EDI: BLUESTEM | Oct 16 2025 04:56:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood |

Case 22-10309-JCM   Doc 64   Filed 10/17/25   Entered 10/18/25 00:38:03   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 15, 2025 | Form ID: 3180W | Total Noticed: 45 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Road, Saint Cloud, MN 56303-0820 |
| 15499442 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 16 2025 01:11:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15499444 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 16 2025 01:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15499443 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 16 2025 01:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15499445 | + | EDI: AGFINANCE.COM | Oct 16 2025 04:56:00 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 16587542 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 01:09:57 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15512630 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 01:09:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15499446 | | Email/Text: camanagement@mtb.com | Oct 16 2025 01:12:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15513434 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 16 2025 01:09:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15499450 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 16 2025 01:11:00 | MRC/United Wholesale, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15499447 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 16 2025 01:11:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15518944 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 16 2025 01:11:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15499448 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 16 2025 01:11:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15502466 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 16 2025 01:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15499449 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 16 2025 01:11:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15518347 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 16 2025 01:11:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15499451 | + | EDI: NFCU.COM | Oct 16 2025 04:56:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15500981 | + | EDI: NFCU.COM | Oct 16 2025 04:56:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15505118 | + | EDI: AGFINANCE.COM | Oct 16 2025 04:56:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15500021 | + | EDI: PRA.COM | Oct 16 2025 04:56:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499453 | + | EDI: SYNC | Oct 16 2025 04:56:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499454 | + | EDI: SYNC | Oct 16 2025 04:56:00 | Synchrony Bank/Sams Club, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499455 | + | EDI: WTRRNBANK.COM | Oct 16 2025 04:56:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15499457 | | Email/Text: bknotice@upgrade.com | Oct 16 2025 01:11:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15499458 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 16 2025 01:25:45 | Wells Fargo Bank NA, 1 Home Campus Mac |

| Recip ID | | | Address |
|---|---|---|---|
| | | | X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15513229 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Oct 16 2025 02:17:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15499459 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com Oct 16 2025 01:25:23 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15499460 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com Oct 16 2025 01:25:21 | Wells Fargo Home Mortgage, Attn: Written Correspondence, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Corry Federal Credit Union |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 752619741 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

**Name**      **Email Address**

Adam Bradley Hall
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

Daniel P. Foster
    on behalf of Debtor James Andrew Klawuhn dan@mrdebtbuster.com
    katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
    on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael S. Jan Janin
    on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com
    mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Nicholas R. Pagliari
    on behalf of Creditor Tendto Credit Union  f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Oct 15, 2025 | Form ID: 3180W | Total Noticed: 45

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8