## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JAMES ANDREW KLAWUHN

          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:22-10309

Chapter 13

Related Document No. 54

ORDER OF COURT

AND NOW, this _____15th_____ day of _____October_____, 20 25 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court

SIGNED
10/15/25 4:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:

James Andrew Klawuhn

    Debtor

Case No. 22-10309-JCM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Andrew Klawuhn, 20 Atlantic Street, Union City, PA 16438-1401 |
| cr | + | Tendto Credit Union, f/k/a Erie Community Credit U, 1915 East 36th Street, Erie, PA 16510-2663 |
| 15499452 | + | Petal Card/Webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 15499456 | + | Tendto Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15507923 | + | Tendto Credit Union, Carol F. Layton, Payment Solutions Manager, 1915 East 36th Street, Erie, PA 16510-2663 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 16 2025 01:11:00 | Nationstar Mortgage LLC, Aldridge Pite, LLP, c/o Eric Smith, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 16 2025 01:11:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2025 01:25:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499435 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 16 2025 01:12:00 | Barclays Bank/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15499440 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 16 2025 01:25:14 | CWS/CW Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15499436 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 01:25:27 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15509380 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 01:10:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15499437 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2025 01:12:00 | Comenity Capital/Goodsa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15499438 | + | Email/Text: sheiser@corryfcu.org | Oct 16 2025 01:12:00 | Corry Federal Credit U, 728 Worth St, Corry, PA 16407-8517 |
| 15499439 | + | Email/Text: sheiser@corryfcu.org | Oct 16 2025 01:12:00 | Corry Federal Credit Union, 728 Worth St, Corry, PA 16407-8517 |
| 15499441 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 16 2025 01:13:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15499442 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 16 2025 01:11:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15499444 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 16 2025 01:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15499443 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

District/off: 0315-1                             User: auto                                   Page 2 of 3

Date Rcvd: Oct 15, 2025                          Form ID: pdf900                             Total Noticed: 43

| | | | |
|---|---|---|---|
| | | Oct 16 2025 01:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15499445 | + Email/PDF: cbp@omf.com | Oct 16 2025 01:56:15 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 16587542 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 01:55:05 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15512630 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 01:11:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15499446 | Email/Text: camanagement@mtb.com | Oct 16 2025 01:12:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15513434 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 16 2025 01:10:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15499450 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 16 2025 01:11:00 | MRC/United Wholesale, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15499447 | + Email/Text: bankruptcy@marinerfinance.com | Oct 16 2025 01:11:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15518944 | + Email/Text: bankruptcy@marinerfinance.com | Oct 16 2025 01:11:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15499448 | + Email/Text: Mercury@ebn.phinsolutions.com | Oct 16 2025 01:11:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15502466 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 16 2025 01:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15499449 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 16 2025 01:11:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 15518347 | Email/Text: nsm_bk_notices@mrcooper.com | Oct 16 2025 01:11:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15499451 | + Email/Text: ext_ebn_inbox@navyfederal.org | Oct 16 2025 01:13:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15500981 | + Email/Text: ext_ebn_inbox@navyfederal.org | Oct 16 2025 01:13:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15505118 | + Email/PDF: cbp@omf.com | Oct 16 2025 01:24:44 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15500021 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2025 01:25:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15499453 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 16 2025 01:25:14 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499454 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 16 2025 01:25:48 | Synchrony Bank/Sams Club, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15499455 | + Email/Text: bncmail@w-legal.com | Oct 16 2025 01:12:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15499457 | Email/Text: bknotice@upgrade.com | Oct 16 2025 01:11:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15499458 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 16 2025 01:25:55 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15513229 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 16 2025 02:17:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15499459 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Oct 16 2025 01:24:47 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: pdf900 | Total Noticed: 43 |

| | | | 27607-5066 |
|---|---|---|---|
| 15499460 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Oct 16 2025 01:24:44 | Wells Fargo Home Mortgage, Attn: Written Correspondence, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Corry Federal Credit Union |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 752619741 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | |
| | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Daniel P. Foster | |
| | on behalf of Debtor James Andrew Klawuhn dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | |
| | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Michael S. Jan Janin | |
| | on behalf of Creditor Corry Federal Credit Union mjanjanin@quinnfirm.com mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Nicholas R. Pagliari | |
| | on behalf of Creditor Tendto Credit Union  f/k/a Erie Community Credit Union npagliari@mijb.com, sburick@mijb.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 8